**FORM 9**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 09-56648 |
| | : | |
| Martin Louis Matusoff | : | Chapter 7 |
| Karen Lee Matusoff | : | |
| | : | Judge C. Kathryn Preston |
| Debtor(s) | : | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $2.75 represents the total sum of unclaimed and small dividends to this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name And Address | Claim No. | Amount of Dividend |
|---|---|---|
| Recovery Management Systems Corp For GE Money Bank Sam's Club 25 SE 2nd Ave, Suite 1120 Miami, FL 33131 | 16 | $2.75 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $2.75 | $ |

Dated: August 5, 2011              Case Trustee:/s/Christal L. Caudill
                                   Christal L. Caudill

                                              2130 Arlington Ave.
                                              Columbus, Ohio 43221

cc:

U.S. Trustee
170 N. High St.
Suite 200
Columbus, Ohio 43215